IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MEDA PHARMACEUTICALS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AUROBINDO PHARMA LIMITED and )<br>AUROBINDO PHARMA USA, INC., )<br>)<br>Defendants. )<br>) | C.A. No. _____ |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF MEDA PHARMACEUTICALS INC.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Meda Pharmaceuticals Inc. ("Meda") states as follows:

1. Meda is a wholly owned subsidiary of Meda AB.

2. Mylan N.V., a publicly held company, indirectly owns more than 10% of Meda AB's stock.

Date: February 12, 2019

*Of Counsel:*

Deepro R. Mukerjee
Lance Soderstrom
**KATTEN MUCHIN ROSENMAN LLP**
575 Madison Avenue
New York, NY 10022-2585
(212) 940-8800
deepro.mukerjee@kattenlaw.com
lance.soderstrom@kattenlaw.com

Jitendra Malik, Ph.D.
Alissa M. Pacchioli
**KATTEN MUCHIN ROSENMAN LLP**
550 S. Tryon Street, Suite 2900

*/s/ Amy Luria*
Amy Luria
**CRITCHLEY, KINUM & DENOIA, LLC**
75 Livingston Avenue
Roseland, New Jersey 07068
Telephone: (973) 422-9200
Fax: (973) 422-9700
aluria@critchleylaw.com

Charlotte, NC 28202-4213
jitty.malik@kattenlaw.com
alissa.pacchioli@kattenlaw.com